IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-14-1D(1)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **CONSENT ORDER FOR RESTITUTION** |
| FRANK GEORGE JANOSKO | |

Pursuant to a joint motion of Defendant and the United States and with their consent, the Court hereby ORDERS as follows:

Pursuant to 18 U.S.C. §§ 2259 and 3664, Defendant and the United States have agreed and stipulated that Defendant owes the following:

1. The amount of restitution due to April is $3,000 payable to Restore the Child in Trust for April for April of the Aprilblonde series, Restore the Child in Trust for April, PLLC, 2522 N. Proctor Street, Suite 85, Tacoma, WA 98406;

2. The amount of restitution due to Maria is $5,000 payable to Carol L. Hepburn in trust for Maria of the Best Necklace series, PO Box 17718, Seattle, WA 98127.

3. The amount of restitution due to Lily is $3,000 payable to Carol L. Hepburn in trust for Lily of the Vicky series, PO Box 17718, Seattle, WA 98127.

The total amount of restitution ordered should be $11,000 due and payable immediately.

So ORDERED this __21__ day of October, 2022.

JAMES C. DEVER III
United States District Judge